**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 22-cv-02584-REB-MEH

CYNTHIA GUERRERO

     Plaintiff,

v.

TRACEY MARTINEZ and MIDWEST EXPRESS, INC.

     Defendants

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter before me on the parties' **Stipulation for Dismissal With Prejudice** [#46],[1] filed October 13, 2023. After reviewing the stipulation and the record, I approve the stipulation.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#46], filed October 13, 2023, is granted;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

3. That all deadlines and hearings, including the combined Final Pretrial Conference and Trial Preparation Conference scheduled for February 1, 2024, at 2:30

---

[1] "[#46]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

p.m., and the trial scheduled to commence on February 20, 2024, are vacated;

4. That all pending motions, including but not limited to (a) **Defendant's** [sic] **Motion To Strike Plaintiff's Untimely and Improper Expert Disclosure** [#33], filed June 22, 2023; (b) **Defendants' Motion To Strike Plaintiff's Supplemental Expert Designation** [#38], filed August 3, 2023; and (c) **Defendants' Motion To Strike Plaintiff's Deposition Errata Sheet and Impose Sanctions Against the Plaintiff** [#43], filed August 24, 2023, are denied as moot; and

5. That this case is closed.

Dated October 13, 2023, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge